COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-14-00156-CR

Style:  Javier Galindo Pacheco v. The State of Texas

Date motion filed*:  January 7, 2015

Type of motion:  Motion for Extension of Time to File Amended Brief

Party filing motion:  Appellant

Document to be filed:  Appellant's Amended Brief

Is appeal accelerated?  No

If motion to extend time:

    Original due date:  January 7, 2015

    Number of extensions granted:  0  Current Due Date: January 7, 2015

    Date Requested:  February 9, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  February 9, 2015

        ☑    No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

Because the Court's December 9, 2014 Order denied appellant's motion to abate, struck the remainder of appellant's brief, and directed appellant's counsel to file an amended brief within 30 days that either addresses a new ground for relief or else is a compliant *Anders* brief, this is appellant's first extension for filing an amended brief on on the merits.  Accordingly, appellant's extension request is granted, but no further extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Laura C. Higley_____

        ☑ Acting individually    ☐ Acting for the Court

Date: January 13, 2015_____

November 7, 2008 Revision